| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>KLAUSNER, ROBERT G | 2. Court or Organization<br><br>U. S. DISTRICT COURT - CA Cent | 3. Date of Report<br><br>04/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Roybal Federal Building<br>255 East Temple Street, #860<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | California Judges' Retirement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 04/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of California - Judges' Retirement | $ 105,813.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 04/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 04/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accesspoint Co. CommonStock | | None | J | T | Sell | 6/28 | J | | |
| 2. American Express Co. | A | Dividend | L | T | Distribution | 9/30 | L | | See Note 1 in Part VIII |
| 3. American Mutual Fund of American Fund | B | Dividend | L | T | | | | | |
| 4. American High-Income Muni Bond Fund | B | Dividend | L | T | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | Partial Sell | 6/28 | J | A | |
| 6. Bank of America Account | A | Interest | L | T | | | | | |
| 7. Bank of America Common Stock | B | Dividend | K | T | | | | | |
| 8. BellSouth Corporation | A | Dividend | K | T | Distribution | 9/30 | K | | See Note 1 in Part VIII |
| 9. Bond Fund of America | A | Dividend | K | T | | | | | |
| 10. BL PLC Spons ADR | B | Dividend | L | T | Distribution | 9/30 | L | | See Note 1 in Part VIII |
| 11. Caterpilar Inc. Common Stock | A | Dividend | | | Sell | 6/28 | J | A | |
| 12. Charles Schwab Account | A | Dividend | K | T | | | | | |
| 13. Chevron Texaco Corp. | B | Dividend | K | T | Distribution | 9/30 | K | | See Note 1 in Part VIII |
| 14. Eagle Wireless Common Stock | | None | J | T | | | | | |
| 15. Edison International Common Stock | A | Dividend | K | T | | | | | |
| 16. Europathic Growth Fund | B | Dividend | L | T | | | | | |
| 17. Exxon Common Stock | A | Dividend | M | T | Distribution | 9/30 | M | | See Note 1 in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 04/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fed. Courts and Records Credit Union Account | A | Interest | M | T | | | | | |
| 19. First Clearing Corp. Acct. Now: WACHOVIA Securities | A | Interest | M | T | | | | | |
| 20. Goodyear Common Stock | A | Dividend | | | Sell | 6/28 | J | A | |
| 21. Growth Fund of America Fund | A | Dividend | L | T | | | | | |
| 22. Jackson National Life Ins. | B | Interest | K | T | | | | | |
| 23. Lucent Common Stock | | None | J | T | | | | | |
| 24. Mesa Royalty Trust UBI | | None | J | T | Distribution | 9/30 | J | | See Note 1 in Part VIII |
| 25. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 26. Newmont Mining Corp. | A | Dividend | K | T | Distribution | 9/30 | K | | See Note 1 in Part VIII |
| 27. Nuveen Calif. Select Quality Muni. Fund Inc. | D | Dividend | M | T | Distribution | 9/30 | M | | See Note 1 in Part VIII |
| 28. PG&E Common Stock | C | Dividend | M | T | | | | | |
| 29. Questar Corp. | A | Dividend | L | T | Distribution | 9/30 | L | | See Note 1 in Part VIII |
| 30. SBC Common Stock (merged w/ATT on 11/18/05 | A | Dividend | K | T | Distribution | 9/30 | J | | See Note 1 in Part VIII |
| 31. Scudder Cal. Tax Free Bond | B | Dividend | K | T | | | | | |
| 32. Sempra Energy | A | Dividend | J | T | Distribution | 9/30 | J | | See Note 1 in Part VIII |
| 33. Small Cap World Fund | A | Dividend | K | T | | | | | |
| 34. Valero Energy Corp. | A | Dividend | J | T | Distribution | 9/30 | J | | See Note 1 in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 04/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vodafone Group Common Stock | A | Dividend | K | T | Distribution | 9/30 | J | | See Note 1 in Part VIII |
| 36. TRUST 'A' | D | Dividend | L | T | | | | | |
| 37. - American Express Co. | | | | | Distribution | 9/30 | L | | See Note 1 in Part VIII |
| 38. - AT&T Corp. | | | | | Sell | | L | | See Note 2 in Part VIII |
| 39. - Bank Deposit Program | | | | | | | | | |
| 40. - Bank of America | | | | | | | | | |
| 41. - BellSouth Corp. | | | | | Distribution | 9/30 | K | | See Note 1 in Part VIII |
| 42. - BP PLC Spons ADR | | | | | Distribution | 9/30 | L | | See Note 1 in Part VIII |
| 43. - Chevron Texaco Corp. | | | | | Distribution | 9/30 | K | | See Note 1 in Part VIII |
| 44. - Delphi Corp. | | | | | Sell | | J | | See Note 2 in Part VIII |
| 45. - Edison International | | | | | Sell | | K | | See Note 2 in Part VIII |
| 46. - Exxon Mobile Corp. | | | | | Distribution | 9/30 | M | | See Note 1 in Part VIII |
| 47. - General Motors Corp. | | | | | Sell | | J | | See Note 2 in Part VIII |
| 48. - JP Morgan Chase & Co. | | | | | Sell | | J | | See Note 2 in Part VIII |
| 49. - Lehman Brothers Holdings, Inc. | | | | | Sell | | J | | See Note 2 in Part VIII |
| 50. - Mesa Royalty Trust UBI | | | | | Distribution | 9/30 | J | | See Note 1 in Part VIII |
| 51. - Newmount Mining Corp. | | | | | Distribution | 9/30 | K | | See Note 1 in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 04/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Nuveen Calif. Select Quality Mun Fund Inc. | | | | | Distribution | 9/30 | M | | See Note 1 in Part VIII |
| 53. - Questar Corp. | | | | | Distribution | 9/30 | L | | See Note 1 in Part VIII |
| 54. - Raytheon Company | | | | | Sell | | J | | See Note 2 in Part VIII |
| 55. - SBC | | | | | Distribution | 9/30 | J | | See Note 1 in Part VIII |
| 56. - Scudder California Tax Free Fund Class A | | | | | Sell | | K | | See Note 2 in Part VIII |
| 57. - Sempra Energy | | | | | Distribution | 9/30 | J | | See Note 1 in Part VIII |
| 58. - Unocal Corp. | | | | | Sell | | K | | See Note 2 in Part VIII |
| 59. - Valero Energy Corp. | | | | | Distribution | 9/30 | K | | See Note 1 in Part VIII |
| 60. - Vodafone | | | | | Distribution | 9/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 04/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1 - This stock was distributed from TRUST "A" to my individual account.

NOTE 2 - This stock was sold by The TRUST for administrative costs and taxes. I do not know exact dates of transactions, so value is estimated as of June, 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_____ 4-12-06 _____

USNER

NOTE: ANY I[...]FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMIN[...]

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544